UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

0:11-cv-62232-KAM

CHELA ALMA,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES, LTD.,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY CLERK

    Plaintiff, CHELA ALMA, pursuant to Rule 55(a) Fed.R.Civ.P., hereby moves the Clerk of this Court for an entry of Default against Defendant, TAKHAR COLLECTION SERVICES, LTD., for failure to serve a response to Plaintiff's Complaint or enter an appearance in this action.

    Dated: November 30, 2011.

                                Respectfully submitted,

                                SCOTT D. OWENS, ESQ.
                                *Attorney for Plaintiff*
                                664 East Hallandale Beach Boulevard
                                Hallandale, FL 33309
                                Telephone: 954-589-0588
                                Facsimile: 954-337-0666
                                scott@scottdowens.com

                                By: */s/ Scott D. Owens*
                                Scott D. Owens, Esq.
                                Florida Bar No. 0597651

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 30 November 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.

SERVICE LIST:

Counsel for Takhar Collection Services, Ltd.
c/o CT Corporation System (Registered Agent)
208 South LaSalle Street
Suite 814
Chicago, IL  60604

Via Certified U.S. Mail.