UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

CHELA ALMA,   CASE NO. 11-62232-CV-MARRA

    Plaintiff(s),

v.

TAKHAR COLLECTION SERVICES, LTD.

    Defendant(s).
_____/

| FILED by _____ D.C. |
| --- |
| Dec 1, 2011 |
| STEVEN M. LARIMORE<br>CLERK<br>U.S. DIST. CT.<br>S.D. OF FLA. |

It appearing that the defendant(s) herein, **TAKHAR COLLECTION SERVICES, LTD.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) TAKHAR COLLECTION SERVICES, LTD.,  as of course, on this date December 1, 2011.

**STEVEN M. LARIMORE**
CLERK OF COURT

        S/Teresa Erwin
By: _____
    Teresa Erwin
    Deputy Clerk

cc:    Hon. Kenneth A. Marra
        Counsel of Record
        Takhar Collection Services, LTD.
        C/o CT Corp. System, 208 S. Lasalle St., Ste. 814, Chicago, IL 60604