UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-62232-Civ-Marra/Johnson

CHELA ALMA f/k/a
CHELA LOUIS, individually,

    Plaintiff,
v.

TAKHAR COLLECTION
SERVICES, LTD. d/b/a
TAKHAR GROUP, a foreign
corporation,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Final Judgment (DE 8), and having reviewed the entire file and being otherwise duly advised in the premises it is hereupon,

ORDERED AND ADJUDGED that said Motion (DE 8) be and the same is hereby GRANTED. The Court enters Judgment in favor of the Plaintiff, CHELA ALMA, and against Defendant, TAKHAR COLLECTION SERVICES, LTD., in the amount of $1,000.00 for Defendant's violation of the Fair Debt Collection Practices Act ("FDCPA"), and $1,500.00 for Defendant's violation of the Telephone Consumer Protection Act ("TCPA"), for a total of $2,500.00, plus post judgment interest at the rate of 0.11% from the date of this judgment, for which let execution issue.

The Court retains jurisdiction in the matter of Plaintiff's attorney's fees and costs. *See* Local Rule 7.3. The Clerk shall close this case and all pending motions are denied as moot.

DONE AND ORDERED in the Southern District of Florida this 14th day of December, 2011.

_____
KENNETH A. MARRA
United States District Judge

cc:   All counsel of record